# Household Goods

Please fill out this form completely. You will need to to through each room in your home and log items on this form. If the items are not on the list, please add. Be specific when filling this out. The court requires documentation on all household goods.

| **Living Room** | Quantity | Fair Market Value |
|---|---|---|
| Sofa | 1 | $ 50.00 |
| Love Seat | 1 | $ 25.00 |
| Side Chair | 1 | $ 10.00 |
| Coffee Table | 0 | $ - |
| End Table | 0 | $ - |
| Book Case | 0 | $ - |
| Books | 50 | $ 15.00 |
| Color Television | 1 | $ 75.00 |
| Black & White Television | 0 | $ - |
| Stereo | 0 | $ - |
| Stereo Cabinet | 0 | $ - |
| Entertainment Center | 0 | $ - |
| TV Stand | 1 | $ 35.00 |
| Lamp, Table Top | 1 | $ 5.00 |
| Lamp, Floor Style | 1 | $ 25.00 |
| DVD Player/DVD's | 1 | $ 15.00 |
| CD Player/CD's | 0 | $ - |
| VCR/VHS Tapes | 0 | $ - |
| Other (Be Specific) | | |
| Barstool | 3 | $ 30.00 |
| | | |

| **Kitchen/Dining/Utility Room** | Quantity | Fair Market Value |
|---|---|---|
| Stove | 1 | $ 100.00 |
| Refrigerator | 1 | $ 200.00 |
| Diswasher | 1 | $ 75.00 |
| Microwave | 1 | $ 10.00 |
| Pots & Pans | 15 | $ 30.00 |
| Dishes & Classware | 50 | $ 50.00 |
| Flatware | 40 | $ 5.00 |
| Table & Chairs | 0 | $ - |
| Washer | 1 | $ 50.00 |
| Dryer | 1 | $ 50.00 |
| Other (Be Specific) | | |
| China Cabinet | 1 | $ 150.00 |
| Small electrical appliances | 3 | $ 20.00 |

| **Bedroom One** | Quantity | Fair Market Value |
|---|---|---|
| Bed | 1 | $ 20.00 |
| Dresser | 1 | $ 20.00 |
| Night Stand | 1 | $ 5.00 |
| Clock | 0 | $ - |
| Chest of Drawers | 0 | $ - |
| Armoire | 0 | $ - |
| Lamp, Table Top | 1 | $ 3.00 |
| Lamp, Floor Style | 0 | $ - |
| Desk | 0 | $ - |
| Bookcase | 1 | $ 20.00 |
| TV | 1 | $ 50.00 |
| Other (Be Specific) | | |
| Futon | 1 | $ 20.00 |
| | | |

| **Bedroom Two** | Quantity | Fair Market Value |
|---|---|---|
| Bed | 1 | $ 50.00 |
| Dresser | 1 | $ 20.00 |
| Night Stand | 1 | $ 5.00 |
| Clock | 1 | $ 1.00 |
| Chest of Drawers | 2 | $ 70.00 |
| Armoire | 0 | $ - |
| Lamp, Table Top | 2 | $ 15.00 |
| Lamp, Floor Style | 1 | $ 30.00 |
| Desk | 1 | $ 10.00 |
| Bookcase | 1 | $ 10.00 |
| TV | 1 | $ 100.00 |
| Other (Be Specific) | | |
| Side Chair | 2 | $ 40.00 |
| | | |

| **Bedroom Three** | Quantity | Fair Market Value |
|---|---|---|
| Bed | 0 | $ - |
| Dresser | 0 | $ - |
| Night Stand | 0 | $ - |
| Clock | 0 | $ - |
| Chest of Drawers | 0 | $ - |
| Armoire | 0 | $ - |
| Lamp, Table Top | 0 | $ - |
| Lamp, Floor Style | 0 | $ - |

| | | | |
|---|---|---|---|
| Desk | 0 | $ | - |
| Bookcase | 0 | $ | - |
| TV | 0 | $ | - |
| Other (Be Specific) | | $ | - |
| | | $ | - |
| | | | |

**Total Fair Market Value on Household Goods**     $     **1,514.00**